IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE W. DUNCAN,

    Plaintiff,

v.                                                                          CASE NO. 4:06-cv-00583-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner's decision denying benefits be reversed, and that this case be remanded for further proceedings.  The Magistrate Judge filed the Report and Recommendation on Tuesday, May 8, 2007.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made.  In this case, however, no objections to the Report and Recommendation have been filed.

    The Magistrate's Report recommends that the Commissioner's decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The standard of review established by § 405(g) requires that the Commissioner's decision be affirmed if it is supported by substantial evidence and the correct legal standards have been applied. Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997).  Plaintiff argues that the Administrative Law Judge ("ALJ") failed to give sufficient weight to the opinion of his treating physician, Dr. Enrique Fernandez, M.D., regarding the effects of fatigue caused by Plaintiff's multiple sclerosis on Plaintiff's

ability to work full time.  Because of this, Plaintiff argues that the ALJ's decision is not supported by substantial evidence and must be reversed.

Plaintiff's treating physician, Dr. Fernandez, said that Plaintiff's fatigue was "disabling to the extent it would prevent the patient from working full time at even a sedentary position."  The ALJ did not address this part of Dr. Fernandez's opinion, choosing instead to rely on Dr. Fernandez's opinion that Plaintiff is able sit without limitation for eight hours.  As the Magistrate points out, the opinion of a claimant's treating physician must be accorded considerable weight by the Commissioner unless good cause is shown for discounting the opinion, and the reasons for discounting a treating physician's opinion must be supported by substantial evidence.  Lewis v. Callahan, 125 F.3d 1436, 1440 (11th Cir. 1997); Marbury v. Sullivan, 957 F.2d 837, 841 (11th Cir. 1992).  Because the ALJ did not give considerable weight to the opinions of the treating physicians, or set forth substantial reasons for not giving these opinions considerable weight, the Court agrees with the Magistrate that the Commissioner's decision denying Plaintiff's application for Social Security benefits is not supported by substantial evidence.

Therefore, because the ALJ's decision was not supported by substantial evidence, it is reversed and the case remanded.  On remand, the ALJ should reconsider the effects of fatigue upon Plaintiff's ability to work, and discuss the opinions of the treating physicians, Drs. Fernandez and Dehler, in accordance with the law of this circuit.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 18, is adopted and incorporated by reference in this order;

2. The Commissioner's decision denying benefits is reversed, and this case is remanded to the Commissioner of Social Security for rehearing pursuant to sentence four of 42 U.S.C. § 405(g);

3. If on remand Plaintiff is awarded past-due benefits, Plaintiff's attorney must file any request for attorney's fees under 42 U.S.C. § 406(b) no later than 14 days from the date the Commissioner, pursuant to 42 U.S.C. § 406(a)(2)(D)(i), provides the claimant with written notice of the dollar amount of the past-due benefits;

4. The Clerk is directed to close this case.

**DONE AND ORDERED** this   *12th* day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
